MICHAEL V. CAMPBELL, Appellant, v. CURTIS H. MUNCIE, Respondent, and ADA HICKS MUNCIE, Defendant.— In an action for alienation of affections, order granting motion of defendant Curtis H. Muncie for an examination before trial, on the issue of the execution by plaintiff of a general release, modified by striking out items 4 and 5 of the matters specified for examination, and as so modified affirmed, without costs. The examination is to proceed on five days' notice. No opinion. (See Campbell v. Muncie, ante, p. 769, decided herewith.) Lazansky, P. J., Hagarty, Carswell and Johnston, JJ., concur; Davis, J., dissents and votes to affirm. [See ante, p. 767.]

HELEN CARNER, as Trustee for STEPHEN CARNER, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant. HELEN CARNER, as Trustee for RICHARD CARNER, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Orders of Appellate Term affirming orders of the Municipal Court of the City of New York, Borough of Brooklyn, granting plaintiff summary judgments, and judgments entered thereon, reversed on the law, with costs in this court and in the Appellate Term; orders and judgments of the Municipal Court reversed, and motions for summary judgments denied, with ten dollars costs. At the time the motions were made and the orders were granted, the amended complaints, upon which the judgments were granted, had not been served upon the defendant and no answers had been interposed. The motions were, therefore, prematurely made. The court is of opinion that if defendant had interposed to the amended complaints the same defense and counterclaim that was interposed to the original complaints the motions for summary judgments should have been denied as triable issues of fact were presented. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

JAMES CAROZZO, an Infant, by HARRY E. CARIZZI, His Guardian ad Litem, Plaintiff, and HARRY E. CARIZZI, Respondent, v. EDGAR PRINCE and ALICE PRINCE, Appellants.— In an action brought to recover damages for personal injuries to the infant plaintiff and for loss of his services by the adult plaintiff, order granting, on condition, motion of plaintiff Carizzi to open his default and to restore the action to the day trial calendar, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

FRANCES M. COLE, as Administratrix, etc., of HARRY N. COLE, Deceased, Respondent, v. MERRITT-CHAPMAN & SCOTT CORPORATION, Appellant.—Action to recover damages for the death of plaintiff's intestate, a salvage officer employed by the defendant. Judgment in favor of the plaintiff and order denying defendant's motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.